IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JEROME JULIUS BROWN,

    Plaintiff,

v.                                 Civil Action No. **3:12CV912**

DUANE B. DELANEY,

    Defendant.

### MEMORANDUM OPINION

On December 31, 2012, the Court received a complaint from Jerome Julius Brown. By Standing Order entered on July 28, 2010, the Court ordered, inter alia, that, "[a]bsent a bona fide emergency, Brown is limited to having only case pending at a time in the District." In re Brown, No. 3:10MC10, at 1 (E.D. Va. July 28, 2010). The Court further directed that if Brown submitted "a new case while he has a pending case, such new case will be filed for the administrative record of the Court and, thereafter, will be dismissed without prejudice." Id. at 2.

Brown currently has another case pending in the Norfolk Division for the United States District Court for the Eastern District of Virginia. See Brown v. Seitz, 2:12CV283-AWA-TEM (E.D. Va. filed May 17, 2012). Brown fails to demonstrate any emergency that would warrant permission to litigate multiple cases. Accordingly, the present action will be dismissed without prejudice.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Brown.

                                          /s/        REP
                                   _____
                                   Robert E. Payne
                                   Senior United States District Judge

Date: Jang 9, 2013
Richmond, Virginia